Cassie Springer Ayeni, SB# 221506
Email: cassie@benefitslaw.com
Jeena Jiampetti, SB# 251075
Email: jeena@benefitslaw.com
**SPRINGER AYENI,**
**A Professional Law Corporation**
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone: 1.510.926.6768
Facsimile: 1.510.926.6768
*Attorneys for Plaintiff*

Blake J. Russum (SB # 258031)
**ROPERS, MAJESKI, KOHN & BENTLEY**
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: blake.russum@rmkb.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Oakland Division**

| | |
|---|---|
| STEFANIE REYNOLDS<br><br>Plaintiff,<br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case Number: Case No. 4:19-cv-05382 HSG<br><br>**JOINT STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Stefanie Reynolds and Defendant The Lincoln National Life Insurance Company, by and through their

respective attorneys of record, that this action shall be dismissed in its entirety with prejudice, with each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated: December 9, 2019            s/*Cassie Springer Ayeni*
                                   Cassie Springer Ayeni
                                   SPRINGER AYENI, APLC
                                   *Attorney for Plaintiff*

Dated: December 9, 2019            /s/ *Blake J. Russum*
                                   Blake J. Russum
                                   ROPERS, MAJESKI, KOHN & BENTLEY
                                   *Attorney for Defendant*

Pursuant to Stipulation, it is SO ORDERED.

Dated: 12/9/2019                   Hon. Haywood S. Gilliam, Jr.
                                   United States District Court Judge

Case Number: Case No. 4:19-cv-05382 HSG
JOINT STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE   2